IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

CENTER FOR ENVIRONMENTAL
HEALTH

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and JANE
NISHIDA, Acting Administrator, United
States Environmental Protection Agency,

*Respondents*.

## PETITION FOR REVIEW

Pursuant to the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2618, the Administrative Procedure Act, 5 U.S.C. § 706, and Rule 15 of the Federal Rules of Appellate Procedure, Center for Environmental Health (CEH) hereby petitions for review of a final rule promulgated by Respondent United States Environmental Protection Agency (EPA) entitled "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act," published at 89 Federal Register 102568 (December 17, 2024). The rule was "issue[d]" for purposes of

judicial review on December 31, 2025. 40 C.F.R. § 23.5(a).

A copy of the rule is attached hereto.

Petitioner CEH has its principal place of business within this Circuit. This Court accordingly has jurisdiction to review EPA's rule pursuant to 15 U.S.C. § 2618(a). CEH seeks vacatur of the EPA rule on the ground that it violates TSCA and is contrary to the Administrative Procedure Act.

January 6, 2025.

        s/Robert M. Sussman
        ROBERT M. SUSSMAN
        Sussman & Associates
        3101 Garfield St. NW
        Washington DC 20008
        bobsussman1@comcast.net
        202-716-0118

        *Attorneys for Petitioner*

## CERTIFICATE OF SERVI CE

I certify that I mailed a copy of this Petition for Review on January 6, 2025 to the following:

>Jane Nashida, Acting Administrator, Environmental Protection Agency 1200 Pennsylvania Ave., N.W. Washington, DC 20460

>Correspondence Control Unit Office of General Counsel (2311) Environmental Protection Agency 1200 Pennsylvania Ave., NW Washington, DC 20460

>Merrick B. Garland, Attorney General, Department of Justice, 950 Pennsylvania Ave., NW Washington, DC 20530

>Todd Kim, Assistant Attorney General, Department of Justice, Environmental and Natural Resources Division 950 Pennsylvania Ave., NW Washington, DC 20530

/s/Robert M. Sussman
Robert M. Sussman

*Counsel for Petitioner CEH*